UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOHN HARMON, | Civil No. 3:20-CV-05488-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Upon consideration of the parties' stipulated motion for remand, the Court orders that this case is remanded for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will instruct the Administrative Law Judge to adjudicate the already-reopened claim filed on April 9, 2014, considering the evidence in the electronic folders for the April 9, 2014, claim and the claim listed as filed on December 10, 2016, to determine whether the claimant was disabled prior to his date last insured. In light of the above, the Administrative Law Judge will proceed through the sequential evaluation process and make new findings, including considering the third party statement in Exhibit 24E and obtaining supplemental vocational expert evidence as necessary. The Administrative Law Judge will offer

Page 1      ORDER - [3:20-CV-05488-BAT]

the claimant the opportunity for a de novo hearing, address the submitted additional evidence, take any further action needed to complete the administrative record and issue a new decision.

DATED this 20th day of January, 2021.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Joseph J. Langkamer
JOSEPH J. LANGKAMER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2212
Fax: (206) 615-2531
joseph.langkamer@ssa.gov